# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC SHEUMANN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ALPHA TEAM CONSTRUCTION CONRPORATION, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-01772-JCM-NJK<br><br>**Order**<br><br>(Docket No. 12) |

Pending before the Court is the parties' stipulation to extend various discovery deadlines. Docket No. 12. In reality, the stipulation appears to be a request to stay discovery pending the parties' analysis of records and attempts to settle the case. *Id.*

A motion to extend deadlines in the Court's scheduling order must be supported by a showing of "good cause" for the extension. Local Rule 26–4; *see also Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 608-609 (9th Cir.1992). Good cause to extend a discovery deadline exists "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson,* 975 F.2d at 609. The good cause inquiry focuses primarily on the movant's diligence. *See Coleman v. Quaker Oats Co.,* 232 F.3d 1271, 1294–95 (9th Cir.2000). Here, the parties fail to show they are conducting discovery diligently. Further, the parties fail to address the applicable standards for a request to stay discovery.

Accordingly, the stipulation, Docket No. 12, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: April 2, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1