JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13882
KEMP & KEMP, Attorneys at Law
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Eric Scheumann*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ERIC SCHEUMANN, an individual, | Case No.: 2:18-cv-01772-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO AMEND COMPLAINT IN COMPLIANCE WITH FED.R.CIV.P 15(a)(2)** |
| CITY OF LAS VEGAS; DOES I though X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

Plaintiff ERIC SCHEUMANN, by and through his counsel of record James P. Kemp, Esq., and Victoria L. Neal, Esq., of Kemp & Kemp, and Defendant CITY OF LAS VEGAS, by and through Bradford R. Jerbic, Esq., and Jack O. Eslinger, Esq., of the City of Las Vegas, hereby stipulate to Plaintiff filing an Amended Complaint in compliance with Fed.R.Civ.P 15(a)(2). In accordance with ECF No. 16 – Discovery Plan and Scheduling Order, Plaintiff will file his Amended Complaint on or before May 15, 2019.

…

…

…

…

…

1

After Plaintiff's Amended Complaint has been filed, Defendant will have the opportunity to file an Answer in accordance with the Rules.

IT IS SO STIPULATE.

Dated this 6th of May, 2019

Dated this 6th of May, 2019

Respectfully submitted,

Respectfully submitted,

/s/ Victoria L. Neal
James P. Kemp, Esq.
Victoria L. Neal, Esq.
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

Attorneys for Plaintiff
Eric Scheumann

/s/ Jack O. Eslinger
Bradford R. Jerbic, Esq.
Jack O. Eslinger, Esq.
COUNSEL, CITY OF LAS VEGAS
495 South Main Street, Sixth Floor
Las Vegas, NV 89101

Attorneys for Defendant
City of Las Vegas

**IT IS SO ORDERED.**

Dated: _____ May 7 , 2019.

_____
UNITED STATES MAGISTRATE JUDGE
NANCY J. KOPPE