# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC SCHEUMANN,<br><br>　　Plaintiff(s),<br><br>v.<br><br>CITY OF LAS VEGAS,<br><br>　　Defendant(s). | Case No.: 2:18-cv-01772-JCM-NJK<br><br>**Order**<br><br>(Docket No. 26) |

Pending before the Court is Plaintiff's motion for protective order. Docket No. 26. The motion was filed on an emergency basis. *See id.* Insufficient justification has been presented with respect to the request for emergency relief, so the Court declines to give the motion expedited treatment. Instead, the motion will be briefed and decided in the ordinary course. *See* Docket No. 9. In the interim, counsel remain responsible for meeting any and all deadlines in the case.

IT IS SO ORDERED.

Dated: October 18, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge