**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC SCHEUMANN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01772-JCM-NJK<br><br>**ORDER GRANTING STIPULATION/JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

PURSUANT TO THE PARTIES' STIPULATION AND JOINT MOTION FOR APPROVAL OF SETTLEMENT, having reviewed the pleadings and papers on file in this action, and having considered the parties' arguments, the Court makes the following findings, and with good cause appearing, makes the following orders:

1. All parties have signed the Settlement Agreement.

2. The Court has read the parties' Settlement Agreement in its entirety, and finds that the parties' Settlement Agreement is fair, reasonable, and adequate.

3. The Court hereby approves the Settlement Agreement. The content of the Settlement Agreement is expressly adopted and incorporated by reference in this Order. The parties are directed to implement and consummate the Settlement Agreement in accordance with its terms.

4. The Court will retain exclusive and continuing jurisdiction to enforce the Settlement Agreement.

5. This case shall remain open until all the conditions set forth in the Settlement Agreement are satisfied, namely that a full payment of the Gross Settlement Amount has been tendered.

1

6. Upon satisfaction of all the conditions set forth in the Settlement Agreement, the parties shall submit a joint Proposed Final Judgment requesting that these cases be closed, and all the claims be dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated:** July 2, 2020

_____
UNITED STATES DISTRICT COURT JUDGE
JAMES C. MAHAN