JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Eric Scheumann*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC SCHEUMANN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01772-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

…

…

…

…

…

…

…

1

1  respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its

2  own attorneys' fees and costs.

4  Dated this 20th day of July 2020.

| | |
|---|---|
| KEMP & KEMP | CITY OF LAS VEGAS |
| */s/*    Victoria L. Neal<br>Victoria L. Neal, Bar No. 13382<br>James P. Kemp, Bar No. 6375<br>7435 W. Azure Drive, Ste. 110<br>Las Vegas, Nevada 89130 | */s/*    Jack O. Eslinger<br>Bradford J. Jerbic, Bar No. 1056<br>Jack O. Eslinger, Bar No. 8443<br>James B. Lewis, Bar No. 6395<br>495 South Main Street, Sixth Floor<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff*<br>*Eric Scheumann* | *Attorneys for Defendants*<br>*City of Las Vegas* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE JAMES C. MAHAN

DATED: July 27, 2020

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

2